UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :

IN RE HEARST COMMUNICATIONS STATE   :
RIGHT OF PUBLICITY STATUTE CASES          ORDER
                                                    :
                                                       21 Civ. 8895 (RA ) (GWG)
                                                    :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

In light of the stipulation that "[a]ll other deadlines, conferences, and/or hearings" (Docket # 28) are vacated, it is unclear if the parties intended that this stipulation vacate the various requirements of Docket # 22 and are thus agreeing that discovery should be stayed in this matter pending disposition of the expected motion to dismiss the Consolidated Amended Class Action complaint.

Additionally, it is unclear if the plaintiffs are seeking to have the Court dispose of the motion to appoint counsel filed only in 21 Civ. 9109 (Docket # 16).  If so, the Court questions the need for this motion.  See Sullivan v. Barclays PLC, 2013 WL 2933480 (S.D.N.Y. June 11, 2013).

The parties are directed to address these issues in a status letter filed on ECF on or before January 26, 2022.

Dated:  New York, New York
          January 20, 2022

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge