**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 01/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Hearst Communications State Right of Publicity Statute Cases

21-CV-8895 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the Court's Order of Reference referring this matter to Magistrate Judge Gorenstein, Dkt. 30, the conference previously scheduled for February 18, 2022 is hereby adjourned.

SO ORDERED.

Dated:   January 26, 2022
         New York, New York

Ronnie Abrams
United States District Judge