# HEARST

**Office of**
**General Counsel**

Eve Burton
**Executive Vice President**
**Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Senior Vice President**
**Co-General Counsel**

Ravi V. Sitwala
Jack Spizz
**Deputy General Counsel**

Kenan J. Packman
Maureen Walsh Sheehan
**Associate General Counsel**

Carolene S. Eaddy
**Vice President**
**Corporate Human Resources**

Travis P. Davis
Monika Jedrzejowska
Suzanne Peters
Jennifer G. Tancredi
**Senior Counsel**

Catherine A. Bostron
**Corporate Secretary**

Sultan Barazi
Liddy Barrow*
Nathaniel S. Boyer
David Brioso
Andrea Butler
Michael A. Canencia
James Coil
Howard Davis
Ignacio Diaz*
Vincent Floyd*
Kerry A. Flynn
Matthew Greenfield
Kristen Hauser
Vanya Hersh
Diego Ibargüen
Kate Mayer
Aimee Nisbet*
Sarah S. Park
Amy Hatcher Parsons
Adam Plotkin
Christina Robinson
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Nina Shah
Alyssa M. Smilowitz
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
Jim Zeng
**Counsel**

* Not admitted or
  resident in New York

Jonathan R. Donnellan
Senior Vice President
Co-General Counsel

April 12, 2022

Hon. Ronnie Abrams
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Hearst Communications State Right of Publicity Statute Cases*,
      No. 21-cv-08895-RA (S.D.N.Y.)

Dear Judge Abrams:

We are counsel to Hearst Communications, Inc. ("Hearst"), the named Defendant in the above-referenced matter.

We write pursuant to Rule 4(g) of Your Honor's Individual Rules & Practices in Civil Cases to indicate our availability for oral argument with respect to Hearst's motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) (ECF Nos. 37-38) should the Court deem it helpful. That motion is fully briefed as of the date of this letter with the filing of Hearst's Reply Memorandum of Law.

Respectfully submitted,

/s/   Jonathan R. Donnellan
      Jonathan R. Donnellan

cc: All counsel of record (by ECF)

300 West 57th Street
New York, NY 10019
T 212.649.2051
F 646.280.2051
jdonnellan@hearst.com