UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Hearst Communications State Right of Publicity Statute Cases* | Case No. 1:21-cv-08895-RA <br><br> Hon. Ronnie Abrams |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs in this consolidated action respectfully submit this Notice of Supplemental Authority regarding the pending Motion to Dismiss.  See ECF Nos. 37-38, 42, 43.  Plaintiffs bring to the Court's attention the Northern District of California's order in *Kellman v. Spokeo, Inc.*, 2022 WL 1157500 (N.D. Cal. Apr. 19, 2022) (Orrick, J.) ("*Kellman*"), attached hereto as Exhibit A.  The *Kellman* order was issued subsequent to Plaintiffs' submission of their memorandum in opposition to Defendant's Motion to Dismiss, and thus was not included in Plaintiffs' briefing.

The *Kellman* order is relevant to the parties' respective arguments in the pending motion to dismiss in the instant action.  *Kellman* analyzes claims under several of the statutes at issue in this case, and additionally addresses Judge Chen's order in *Brooks v. Thomson Reuters Corp.*, 2021 WL 3621837 (N.D. Cal. Aug. 16, 2021).

Dated:  June 22, 2022

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  /s/ *Philip L. Fraietta*
         Philip L. Fraietta

Philip L. Fraietta
Julian C. Diamond
888 Seventh Avenue

1

New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
pfraietta@bursor.com
jdiamond@bursor.com

Ari J. Scharg*
Benjamin Thomassen*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378
ascharg@edelson.com
bthomassen@edelson.com

Frank S. Hedin*
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 800-2201
aravindran@hedinhall.com
fhedin@hedinhall.com

Thomas L. Laughlin, IV
Joseph P. Guglielmo
Erin G. Comite
Sean T. Masson
Carey Alexander
**SCOTT+SCOTT LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.:  212-223-6444
Fax:  212-223-6334
tlaughlin@scott-scott.com
jguglielmo@scott-scott.com
ecomite@scott-scott.com
smasson@scott-scott.com
calexander@scott-scott.com

**Pro hac vice* application forthcoming

*Counsel for Plaintiffs and the Proposed Classes*