# HEARST

**Office of**
**General Counsel**

Eve Burton
**Executive Vice President**
**Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Senior Vice President**
**Co-General Counsel**

Ravi V. Sitwala
Jack Spizz
**Deputy General Counsel**

Kenan J. Packman
Maureen Walsh Sheehan
**Associate General Counsel**

Carolene S. Eaddy
**Vice President**
**Corporate Human Resources**

Travis P. Davis
Monika Jedrzejowska
Suzanne Peters
Jennifer G. Tancredi
**Senior Counsel**

Catherine A. Bostron
**Corporate Secretary**

Sultan Barazi
Liddy Barrow*
Nathaniel S. Boyer
David Brioso
Andrea Butler
Michael A. Canencia
James Coil
Howard Davis
Ignacio Diaz*
Vincent Floyd*
Kerry A. Flynn
Matthew Greenfield
Kristen Hauser
Vanya Hersh
Diego Ibargüen
Kate Mayer
Aimee Nisbet*
Sarah S. Park
Amy Hatcher Parsons
Adam Plotkin
Christina Robinson
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Nina Shah
Alyssa M. Smilowitz
Federica Tigani*
Kitty Yang*
Stephen H. Yuhan
Jim Zeng
**Counsel**

\* Not admitted or
 resident in New York

Jonathan R. Donnellan
Senior Vice President
Co-General Counsel

June 23, 2022

Hon. Ronnie Abrams
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re Hearst Communications State Right of Publicity Statute Cases*, No. 21-cv-08895-RA (S.D.N.Y.)

Dear Judge Abrams:

We are counsel to Hearst Communications, Inc. ("Hearst"), the named Defendant in the above-referenced matter. We write in response to Plaintiffs' June 22, 2022 submission of a Notice of Supplemental Authority, attaching *Kellman v. Spokeo, Inc.*, 3:21-CV-08976-WHO (N.D. Cal. Apr. 19, 2022). ECF No. 45. As that decision makes plain, *Kellman* has no bearing on this case. In *Kellman*, as in many of the cases upon which Plaintiffs rely in opposing dismissal, plaintiffs alleged that Spokeo made "promotional" use of their personal information by including it as free previews or "teasers" to "advertise paid subscriptions to the site". 2022 WL 1157500, at *1. There are no such allegations in this case. *Kellman* is thus easily distinguishable and does not provide relevant authority here.

Respectfully submitted,

 /s/    Jonathan R. Donnellan
        Jonathan R. Donnellan

cc: All counsel of record (by ECF)

300 West 57th Street
New York, NY 10019
T 212.649.2051
F 646.280.2051
jdonnellan@hearst.com