UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Hearst Communications State Right of Publicity Statute Cases | No. 21-cv-8895 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Oral argument on Defendant Hearst Communications' motion to dismiss shall be held on November 17, 2022 at 4:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:      November 2, 2022
              New York, New York

Ronnie Abrams
United States District Judge