IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Hearst Communications State Right of Publicity Statute Cases* | No. 1:21-cv-08895-RA-GWG |

**DEFENDANT HEARST COMMUNICATIONS, INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Hearst Communications, Inc. ("Hearst") respectfully submits this Notice of Supplemental Authority in connection with its pending Motion to Dismiss (ECF Nos. 37-38, 42, 43) to bring to the Court's attention the recent decision of the United States Court of Appeals for the Seventh Circuit in *Huston v. Hearst Communications, Inc.*, No. 22-1489, attached hereto as Exhibit A. *Huston* was decided today.

In *Huston*, the Court of Appeals affirmed the dismissal of a case brought under the Illinois Right of Publicity Act, asserting claims, like those in this case, based on Hearst's rental of *Good Housekeeping* and other subscriber mailing lists. *Id*. at 2. Because the *Huston* case addresses practices identical to those at issue alleged in this action, under a state statute containing the same or analogous statutory language to that in the state laws under which claims are asserted here, Hearst believes it is relevant to its arguments on the pending motion to dismiss.

Dated: November 22, 2022      By: /s/ Jonathan R. Donnellan

                                              Jonathan R. Donnellan
                                              Andrea R. Butler
                                              Sarah S. Park
                                              *The Hearst Corporation*
                                              Office of General Counsel
                                              300 West 57th Street, 40th Floor
                                              New York, NY 10019
                                              Tel: (212) 649-2484
                                              Fax: (212) 554-7000
                                              jdonnellan@hearst.com
                                              abutler@hearst.com
                                              sarah.park@hearst.com

                                              *Attorneys for Defendant Hearst Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to counsel of record on November 22, 2022.

/s/ Jonathan R. Donnellan
Jonathan R. Donnellan