IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Hearst Communications State Right of Publicity Statute Cases* | No. 1:21-cv-08895-RA-GWG |

**DEFENDANT'S NOTICE OF MOTION FOR ATTORNEY'S FEES**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated January 3, 2023, and Declaration of Andrea R. Butler, dated January 3, 2023, Defendant Hearst Communications, Inc., through its undersigned attorneys, will move this Court, before the Honorable Ronnie Abrams, United States District Court Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 54(d), granting its motion for attorney's fees, expenses, and costs in the amount of $417,205.00 pursuant to California Civil Code § 3344.1(a)(1), Indiana Statute 32-36-1-12(1), Hawaii Rev. Stat. § 482P-6, Ohio Rev. Code Ann. § 2741.07(D)(1), Wash. Rev. Code § 4.84.250 and Wash. Rev. Code § 63.60.060.

PLEASE TAKE FURTHER NOTICE that any opposition to this Motion shall be served and filed by January 17, 2023, and any reply shall be served and filed by January 24, 2023, in accordance with Local Rule 6.1(b).

1

Dated: January 3, 2023  New York, New York

Respectfully submitted,

/s/ Jonathan R. Donnellan
Jonathan R. Donnellan
Andrea R. Butler
Sarah S. Park
THE HEARST CORPORATION
Office of General Counsel
300 West 57th Street, 40th Floor
New York, New York 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
Email: jdonnellan@hearst.com
           abutler@hearst.com
           sarah.park@hearst.com

*Attorneys for Defendant*
*Hearst Communications, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 3, 2023.

                                                  /s/ Jonathan R. Donnellan
                                                Jonathan R. Donnellan