# BURSOR & FISHER
### P.A.

**888 SEVENTH AVENUE**  
**NEW YORK, NY 10019**  
www.bursor.com

PHILIP L. FRAIETTA  
Tel: **646.837.7150**  
Fax: **212.989.9163**  
pfraietta@bursor.com

January 12, 2023

**By ECF:**

Hon. Ronnie Abrams  
U.S. District Court, Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re:   *In re Hearst Communications State Right of Publicity Statute Cases*,  
      Case No. 21-cv-08895-RA (S.D.N.Y.)

Dear Judge Abrams,

I represent the Plaintiffs in the above-referenced action. I write pursuant Rule 1.D. of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request a 21-day extension of Plaintiff's deadline to oppose Defendant's motion for attorney's fees (ECF Nos. 56-58). Plaintiffs' current deadline is January 17, 2023.

There has been one prior request for an extension of time in this matter (ECF No. 40) where the parties (through a letter submitted by plaintiff) each received extensions of time for briefing related to Defendant's motion to dismiss. Your Honor granted that request (ECF No. 41). There have been no prior requests for an extension of this specific deadline, and Defendant has consented to this request.

Accordingly, I respectfully request that the court extend Plaintiffs' deadline to file an opposition to Defendant's motion for attorney's fees to February 7, 2023.

Thank you for your time and consideration to this matter.

Respectfully submitted,

Philip L. Fraietta

CC:   All counsel of record (via ECF)

Application granted.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
January 13, 2023