# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Hearst Communications State Right of Publicity Statute Cases

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:21 CV 08895 ( RA )(GWG)

-against-

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Tiffani Anderson, Dwana Eslinger, Rebecca Venable, Judith Shaw, Cathy McGruder, Kimberly Lantz, Shirley Collazo, Nicki Mahood, Barbara Leach, Lauren Sandberg, Joan Burke, Maribel Ramirez, Maricarmen Ocasio, Magda Lopez, Joyce Hicks, Stephen Goldberger, Dawn Begin, Belinda Powers, Cathy Ricketts, William Martin

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: 12/19/2022

(date that judgment or order was entered on docket)

that: Granted Defendant's Motion to Dismiss and entered judgment in favor of Defendant and against Plaintiffs

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated: January 18, 2023

Signature*

Name (Last, First, MI): Fraietta, Philip L.

Address: 888 Seventh Ave
City: New York
State: NY
Zip Code: 10019

Telephone Number: 646-837-7150
E-mail Address (if available): pfraietta@bursor.com

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13