**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand twenty-three,

Tiffani Anderson, individually and on behalf of all others similarly situated, Dwana Eslinger, individually and on behalf of all others similarly situated, Rebecca Venable, individually and on behalf of all others similarly situated, Judith Shaw, individually and on behalf of all others similarly situated, Cathy McGruder, individually and on behalf of all others similarly situated, Kimberly Lantz, individually and on behalf of all others similarly situated, Shirley Collazo, individually and on behalf of all others similarly situated, Nicki Mahood, individually and on behalf of all others similarly situated, Barbara Leach, individually and on behalf of all others similarly situated, Lauren Sandberg, individually and on behalf of all others similarly situated,

   Plaintiffs - Appellants,

Joan Burke, Maribel Ramirez, Maricarmen Ocasio, Magda Lopez, Joyce Hicks, Stephen Goldberger, Dawn Begin, Belinda Powers, Cathy Ricketts, William Martin,

   Consolidated-Plaintiffs-Interested-Parties-Appellants,

v.

Hearst Communications, Inc.,

   Defendant - Appellee.

ORDER
Docket No. 23-79

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 02 2023

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE ISSUED ON 05/02/2023