# HEARST

**Office of General Counsel**

Eve Burton
**Executive Vice President**
**Chief Legal Officer**

Jonathan R. Donnellan
Mark C. Redman
**Senior Vice President**
**Co-General Counsel**

Ravi V. Sitwala
Jack Spizz
**Deputy General Counsel**

Kenan J. Packman
Maureen Walsh Sheehan
**Associate General Counsel**

Monika Jedrzejowska
Jennifer G. Tancredi
**Assistant General Counsel**

Carolene S. Eaddy
**Vice President**
**Corporate Human**
**Resources**

Sultan Barazi
Nathaniel S. Boyer
Andrea Butler
Michael A. Canencia
Travis P. Davis
Vincent Floyd*
Diego Ibargüen
Sarah S. Park
Suzanne Peters
Andrea S. Ryken
Eva M. Saketkoo
Jennifer Schanes
Stephen H. Yuhan
**Senior Counsel**

Catherine A. Bostron
**Corporate Secretary**

Liddy Barrow*
David Brioso
James Coil
Howard Davis
Ignacio Diaz*
Kerry A. Flynn
Christine Gartland
Matthew Greenfield
Lacey S. Gutierrez
Kristen Hauser
Catherine Lane
Kate Mayer
Aimee Nisbet*
Amy Hatcher Parsons
Adam Plotkin
Christina Robinson
Nina Shah
Alyssa M. Smilowitz
Federica Tigani*
Kitty Yang*
Jim Zeng*
**Counsel**

* Not admitted or resident in NY

Andrea Butler
Senior Counsel

May 3, 2023

Hon. Ronnie Abrams
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Hearst Communications State Right of Publicity Statute Cases*, No. 21-cv-08895-RA (S.D.N.Y.)

Dear Judge Abrams:

I am counsel to Hearst Communications, Inc. ("Hearst"), the named Defendant in the above-referenced matter. I write pursuant Rule 1.D. of Your Honor's Individual Rules of Practice in Civil Cases to inform the Court that the parties have finalized and executed their settlement of the remaining issues between them and before the Court, and respectfully request that the Court terminate Hearst's motion for attorney fees (ECF Nos. 56-58). (Your Honor has previously granted Plaintiffs' requests for an extension of the time for their response to Hearst's motion (ECF Nos. 60, 63, and 65)).

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/   Andrea R. Butler
Andrea R. Butler

cc: All counsel of record (by ECF)

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 56.

SO ORDERED.

Hon. Ronnie Abrams
May 4, 2023

300 West 57th Street
New York, NY 10019
T 212.649.2484
F 646.280.2484
abutler@hearst.com